

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,073-01

### IN RE RANDALL GREENOUGH, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 22,719-2015; 22,720-2015; 22,721-2015; 23,424-2017; 23,425-2017 & 23,426-2017
### IN THE 402ND DISTRICT COURT
### FROM WOOD COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. He contends that he filed motions to unseal and redact the trial transcript in his cases and that he has not received a response from the trial court.

Respondent, the Judge of the 402nd District Court, shall file a response with this Court and state whether Relator's motions were properly filed, when his motions were filed, and whether Respondent ruled on his motions. His response shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until

Respondent has submitted his response.

Filed:  July 24, 2019
Do not publish